IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL GARDNER,<br>   Petitioner<br> v.<br><br>MICHAEL WENEROWICZ, et al.,<br>   Respondents | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 14-2903   FILED SEP 0 1 2016 |

## ORDER

AND NOW this 31st day of Aug, 2016, upon consideration of Petitioner Darryl Gardner's petition for writ of habeas corpus (Doc. No. 1), the Commonwealth's response in opposition (Doc. No. 14), Gardner's Response (Doc. No. 15), and the Report and Recommendation of the Magistrate Judge Richard A. Lloret, it is ORDERED:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Gardner's petition for writ of habeas corpus (Doc. No. 1) is DENIED with prejudice;

3. No certificate of appealability should issue, because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and,

4. The Clerk of Court shall mark this file closed for statistical purposes.

BY THE COURT:

_____
HON. C. DARNELL JONES
U.S. District Court Judge

ENTERED

SEP 0 1 2016

CLERK OF COURT